# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VISTA PROFESSIONAL DEVELOPMENT, LLC, *et al.*,[1]<br><br>    Debtors. | Chapter 7<br><br>Case No. 21-11318 (JTD) |

### *AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 17, 2021 AT 1:00 P.M.

> This hearing will be held via Zoom. All parties wishing to appear are invited to register using the link below. The Bankruptcy Court is no longer using CourtCall, all remote hearings scheduled will be conducted entirely over Zoom.  It is recommended that participants register well in advance of the hearing.  Once you register, you will receive a confirmation email containing information about joining the meeting.
>
> Topic: Vista Professional Development, LLC – Case No. 21-11318 (JTD)
> Time: November 17, 2021 at 1:00 PM Eastern Time (US and Canada)
>
> Registration Link:
> https://debuscourts.zoomgov.com/meeting/register/vJIsfu-uqTwvHb1qb53a35LLioC82XZm-go

**UNCONTESTED MATTERS FOR WHICH AN ORDER HAS BEEN ENTERED**

1. Motion of Chapter 7 Trustee to Limit Notice and Establish Noticing Procedures Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002, 6004, 6007 and 9007 of the Federal Rules of Bankruptcy Procedure (filed October 22, 2021) [D.I. No. 28]

    Response Deadline:    November 8, 2021

    Response Received:    None.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Vista Professional Development, LLC (1334); Vista Professional International, LLC (7452); New Day Vista, LLC (7094); Computer Career Center, L.P. (3502); EFG General Partner Corp. (3315); EFG Limited Partner Corp. (3194); Certified Careers Institute, LLC (3122); Education Futures Management Co. (6336); and Education Futures Group, LLC (3445).

[2] Amended items appear in boldfaced or italicized type.

Related Documents:

a. Certificate of No Objection (filed November 10, 2021) [D.I. 66]

b. Order Limiting Notice and Establishing Noticing Procedures Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002, 6004, 6007 and 9007 of the Federal Rules of Bankruptcy Procedure (entered November 12, 2021) [D.I. 68]

Status: An Order has been entered. Accordingly, no hearing is necessary.

2. Omnibus Motion of Chapter 7 Trustee for Entry of an Order Pursuant to Sections 105, 365, and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007 Authorizing (i) the Rejection of Certain Unexpired Leases of Real Property Nunc Pro Tunc to the Petition Date, (ii) Abandonment of Related Personal Property, and (iii) Related Relief (filed October 22, 2021) [D.I. 29]

Response Deadline: November 8, 2021.

Response Received: Informal comments from Abigail Rushing Ryan, Assistant Attorney General at the Texas Attorney General's Office.

Related Documents:

a. Certification of Counsel (filed November 10, 2021) [D.I. 65]

b. Order Granting Omnibus Motion of Chapter 7 Trustee for Entry of an Order Pursuant to Sections 105, 365, and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007 Authorizing (i) the Rejection of Certain Unexpired Leases of Real Property Nunc Pro Tunc to the Petition Date, (ii) Abandonment of Related Personal Property, and (iii) Related Relief (entered November 12, 2021) [D.I. 67]

Status: An Order has been entered. Accordingly, no hearing is necessary.

**MATTERS GOING FORWARD**

3. Motion of Chapter 7 Trustee for Order (i) Authorizing the Trustee to Use Cash Collateral, (ii) Granting Adequate Protection, (iii) Modifying the Automatic Stay, and (iv) Approving Sharing Arrangement (filed November 2, 2021) [D.I. 50]

Response Deadline: At the hearing.

<u>Response Received</u>:

a. Objection to Motion of Chapter 7 Trustee for Order (i) Authorizing the Trustee to Use Cash Collateral, (ii) Granting Adequate Protection, (iii) Modifying the Automatic Stay, and (iv) Approving Sharing Arrangement (filed November 9, 2021) [D.I. 60]

b. Informal comments from counsel for taxing authorities of Dallas County and City of El Paso.

c. **Dallas County, City of El Paso, Gregg County and Jefferson County Objection to Chapter 7 Trustee's Motion (i) Authorizing the Trustee to Use Cash Collateral, (ii) Granting Adequate Protection, (iii) Modifying the Automatic Stay, and (iv) Approving Sharing Agreement (filed November 15, 2021) [D.I. 72]**

d. **Informal comments from the Office of the United States Trustee**

<u>Related Documents</u>:

e. Order Shortening Time for Notice and Responses to the Motion of Chapter 7 Trustee for Order (i) Authorizing the Trustee to Use Cash Collateral, (ii) Granting Adequate Protection, (iii) Modifying the Automatic Stay, and (iv) Approving Sharing Arrangement (filed November 3, 2021) [D.I. 52]

f. Notice of Hearing (filed November 3, 2021) [D.I. 53]

<u>Status</u>: This matter is going forward.

Dated: November 16, 2021               **ARCHER & GREINER, P.C.**

/s/ *David W. Carickhoff*
David W. Carickhoff (No. 3715)
Alan M. Root (No. 5427)
Bryan J. Hall (No. 6285)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Fax: (302) 777-4352
E-mail: dcarickhoff@archerlaw.com
            aroot@archerlaw.com
            bjhall@archerlaw.com

*Proposed Counsel to the Chapter 7 Trustee*

222480322v1